# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| TERRANCE A. HUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-00968-AMM-SGC |
| ) | |
| WARDEN GORDY, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report and recommendation on July 14, 2020, recommending the defendants' motion for summary judgment be granted in part and denied in part. (Doc. 20). Although advised of their right to do so, no party has filed objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED**, and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the defendants' motion for summary judgment (Doc. 17) is **GRANTED** as to the plaintiff's claims against defendants Teague, Head, and Gordy, and those claims are **DISMISSED WITH PREJUDICE**. The court further **ORDERS** that the defendants' motion for summary judgment (Doc. 17) is **DENIED**

as to the plaintiff's excessive force claim against defendants Brown and Cook, and that claim is **REFERRED** to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this 19th day of August, 2020.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE